IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
SECOND JUDICIAL DISTRICT

JASMINE SAMUEL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . PLAINTIFF

v. CASE NO.: 20-21

MISSISSIPPI METHODIST SENIOR SERVICES, INC. . . . . . . . . . . . . . . . . . DEFENDANT

### SUMMONS

TO: Sonja Jenkins
109 South Broadway
Tupelo, Mississippi 38804

### NOTICE TO DEFENDANTS

**The Complaint which is attached to this summons is important and you must take immediate action to protect your rights.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to Watson & Norris, PLLC, 1880 Lakeland Drive, Suite G, Jackson, Mississippi 39216, the attorney for the Plaintiff. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

ISSUED under my hand and the seal of said Court, this the 18th day of June, 2020.



Honorable Zack Wallace
Circuit Clerk of Hinds County, MS

By: _____
Deputy Clerk

i

## RETURN OF PROCESS SERVER

STATE OF MISSISSIPPI

COUNTY OF _____

( ) I personally delivered copies of the summons on the _____ day of _____, 20_____ , to: _____
who is designated by law to accept service of process on behalf of _____
_____

( ) After exercising reasonable diligence I was unable to deliver copies of the summons to _____ within _____ County, _____. I served the summons on the _____ day of _____, 20_____, at the usual place of abode of said _____ _____ by leaving a true copy of the summons with _____, who is the _____ (here insert wife, husband, son, daughter or other person as the case may be), a member of the family of the person served, above the age of sixteen years and, unwilling to receive the summons, and thereafter on the _____ day of _____, 20_____, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

( ) I was unable to serve the summons.

This the ___ day of _____, 2020.

_____
PROCESS SERVER

RETURN TO:

WATSON & NORRIS, PLLC
1880 Lakeland Drive, Suite G
Jackson, MS 39216-4972